### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE DUDLEY and BETH DUDLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PUTNAM INTERNATIONAL EQUITY FUND and PUTNAM INVESTMENT MANAGEMENT, LLC,<br><br>Defendants. | CIVIL NO. 03-852-GPM |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  The issues having been heard, and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' claims in the original complaint are **DISMISSED with prejudice** pursuant to the Mandate of the United States Court of Appeals for the Seventh Circuit issued on May 11, 2005.  *Doc. 39.*  The parties shall bear their own costs.

**DATED**: 6/1/05

NORBERT G. JAWORSKI, CLERK


By: s/ Linda M. Cook
    Deputy Clerk


APPROVED:  s/ G. Patrick Murphy
           G. PATRICK MURPHY
           CHIEF U.S. DISTRICT JUDGE