IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE DUDLEY and BETH DUDLEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 03-852-GPM ) |
| PUTNAM INTERNATIONAL EQUITY FUND and PUTNAM INVESTMENT MANAGEMENT, LLC, | ) ) ) ) |
| Defendants. | ) |

# ORDER OF REMAND

**MURPHY, Chief District Judge:**

In accordance with the Mandate of the Seventh Circuit Court of Appeals issued on November 14, 2006, and docketed with this Court on November 17, 2006, the Court hereby **VACATES** its June 1, 2005 judgment (Doc. 42) and **REMANDS** this action to the Circuit Court for the Third Judicial Circuit, Madison County, Illinois.

**IT IS SO ORDERED.**

DATED: 12/07/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge