Dec-08-06 12:37pm From-MAD CO CIRCUITCLERK +6186920676 T-652 P.01/01 F-426
Case 3:03-cv-00852-GPM-CJP Document 56 Filed 12/08/06 Page 1 of 1
Case 3:03-cv-00852-GPM-CJP Document 55 Filed 12/07/2006 Page 1 of 1



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

December 7, 2006

Clerk of the Circuit Court
Madison County
155 North Main Street, Suite 120
Edwardsville, IL 62025

FILED
2006
CLERK OF CIRCUIT COURT #5
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

RE: Steve Dudley, et al. vs. Putnam International Equity Fund, et al.
District Court No. 03-852-GPM
State Court No. 03-L-1539

Enclosed is a certified copy of the Order of Judge G. Patrick Murphy filed December 7, 2006 remanding the above mentioned cause to your Court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,

NORBERT G. JAWORSKI, Clerk

By: s/ Deborah Weiss
Deputy Clerk

Enclosure
Copy to counsel of record

Received by D Buril
Date 12-7-06

CV-11
(6/99)